# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KAREN ORNBERG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:17-cv-464-NT |
| PINELAND FARMS POTATO COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On November 30, 2017, the United States Magistrate Judge filed with the court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C.§ 1915. Recommended Decision (ECF No. 5). The Plaintiff filed an objection to the Recommended Decision on December 14, 2017 (ECF No. 7). I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision. I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED** and the Plaintiff's complaint be **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 2nd day of January, 2018.